FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2005 APR -7 A 9:08
CLERK'S OFFICE
AT BALTIMORE
BY________DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRUCE LEVITT, *et al.*<br>*Individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>FAX.COM, INC., JD&T ENTERPRISES, INC., JEANETTE BUNN, CREATIVE MARKETING CONCEPTS, LLC, NEIL D. LIPSKY, KEVIN KATZ, ERIC WILSON, THOMAS ROTH, JEFFREY DUPREE, FRANK FRAPPIER, MATTHEW BUECLER, and ROBERT BATTAGLIA,<br><br>Defendants. | Civil Action No:<br><br>WMN 05 CV 949 |

**NOTICE OF REMOVAL**

Pursuant to the Class Action Fairness Act of 2005 (the "Act"), 28 U.S.C. §§ 1441, 1446 and 1453, the defendant Jeanette Bunn ("Bunn"), hereby files a Notice of Removal of the above-captioned matter from the Circuit Court for Baltimore City, Maryland to the United States District Court for the District of Maryland. Bunn's petition for removal is based upon the following:

1. This court has original jurisdiction of this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d)(2), and this action is therefore removable under 28 U.S.C. § 1453, because the amount in controversy exceeds the sum of $5,000,000, exclusive of interest and costs, and because the matter is a class action in which the plaintiff is a citizen of a state different from any defendant.

2. The diversity requirement of 28 U.S.C. § 1332(d)(2)(A) is satisfied because, as set forth in the plaintiff's Second Amended Class Action Complaint (a copy of which is attached hereto as Exhibit A), the plaintiff in this case is a resident of Maryland, and each of the defendants in this case are residents of California or Virginia.

3. The amount in controversy requirement of 28 U.S.C. § 1332(d)(2) is satisfied. The plaintiff asserts statutory violations of the Telephone Consumer Protection Act of 1991 (the "TCPA"), 47 U.S.C. § 227, against each of the defendants. The plaintiff alleges that Class Members number in the thousands (Second Amended Class Action Complaint, ¶ 16, Exh. A), and that tens of thousands of unsolicited facsimile advertisements were sent by the defendants in violation of the TCPA (Second Amended Class Action Complaint, ¶ 35, Exh. A). The plaintiff seeks statutory damages of $500 for each unsolicited facsimile advertisement, meaning that the sum or value of those claims exceeds $5,000,000.

4. On or about February 24, 2005, the plaintiff filed his Second Amended Class Action Complaint in the Circuit Court for Baltimore City, Maryland, case number 24-C-01-2218. Bunn was named as a defendant for the first time in that Amended Complaint. Bunn was served with the Second Amended Class Action Complaint on March 9, 2005.

5. This petition for removal has been filed in a timely fashion. In accordance with the requirements of 28 U.S.C. §

1446(b), this petition is filed within thirty (30) days after service and receipt of the summons and Second Amended Complaint by the defendant Bunn on March 9, 2005. The limitation of 28 U.S.C. § 1446(b), prohibiting removal of any case more than one year after commencement of the action, is expressly inapplicable to a removal pursuant to 28 U.S.C. § 1453(b). Accordingly, the defendants desire and request that this entire case be removed to this Court as permitted by law.

6. The consent of each other defendant to the removal of this case is not required. See 28 U.S.C. § 1453(b).

7. This action is removable pursuant to 28 U.S.C. § 1453(b) insofar as the Act was enacted on February 18, 2005, and this action should be considered commenced as to the defendant Bunn with the filing of the Second Amended Class Action Complaint on or about February 22, 2005. Bunn was not a party to any prior complaint in this action.

8. Written notice of the filing of this petition shall be given to the plaintiff and a true copy of this petition will be filed with the Clerk of the Circuit Court for Baltimore City, Maryland, as provided by law.

WHEREFORE, defendant Jeanette Bunn respectfully requests that this civil action be removed from the Circuit Court for Baltimore City, Maryland, to this Court, that this Court accept jurisdiction of this action, and henceforth that this action be placed on the

docket of this Court for further proceedings, the same as though this action had originally been instituted in this Court.

Dated:

Respectfully submitted,
By the defendant
JEANETTE BUNN
by her attorneys,

Thomas S. Hood, Esquire
Hood & Scholnick, P.A.
101 E. Chesapeake Avenue
Suite 100
Towson, MD 21286
(410) 494-9944
Bar No. 02621

Rodney E. Gould, Esq.
Sharon R. Schawbel, Esq.
RUBIN, HAY & GOULD, P.C.
205 Newbury Street
P.O. Box 786
Framingham, MA 01701-0202
(508) 875-5222

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2005, a copy of the foregoing Notice of Removal was mailed, first class postage prepaid, to Michael C. Worsham, Esquire, 1916 Cosner Road, Forest Hill, MD 21050 and Stephen H. Ring, P.C., Olde Towne Professional Park, 316 East Diamond Avenue, Suite 102, Gaithersburg, MD 20877, attorneys for Plaintiffs; to Fax.com, Inc., 3101 W. Sunflower Avenue, Santa Ana, CA 92799; to Creative Marketing Concepts, LLC, 6405 El Camino Real, Suite 105, Carlsbad, CA 92009-4101; to Kevin Katz, 31 Lagunita Drive, Laguna Beach, CA 92651-4237; to Eric Wilson, 415 N. Canon Avenue Drive, Sierra Madre, CA 91025; to Thomas Roth, 24931 Via Sonoma, Laguna Niguel, CA 92677; to Jeffrey Dupree, 1236 Jason Drive, Lorupoc, CA 93436-8221; to Frank Frappier, 33 Encore Court, Newport Beach, CA 92663-2364; to Matthew Buecler, 46 Raven Lane, Aliso Viejo, CA 92656-1887; and to Robert Battaglia, 2830 Shore Drive, Unit #6, Virginia Beach, VA 23451.

Thomas S. Hood

Thomas S. Hood, Esquire