**IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

BRUCE LEVITT, et al.                                       *

*Individually, and on behalf of all others*        *
*similarly situated*

                                                             *        Case #.   WMN-05-CV-949

            Plaintiffs

v.                                                                 *

FAX.COM, INC., et al.                                  *

            Defendants                     *

\* * * * * * * * * * * ** * * * * * * * * * * *

**<u>Plaintiff's Motion to Re-Open Case</u>**

Plaintiff moves to re-open this case for the following reason: The parties, through counsel, have reached an agreement on the essential terms of a settlement. However, defendant is requesting minor changes in the written agreement, which has gone through several revisions, and payment has not been tendered. Plaintiff requests a conference call with the Court at the earliest possible time.

| | |
|---|---|
|       /s/ |       /s/ |
| Michael C. Worsham, Esq. | Stephen H. Ring, P.C. |
| 1916 Cosner Road | 20300 Seneca Meadows Parkway |
| Forest Hill, Maryland 21050 | Suite 200 |
| (410) 557-6192 | Germantown, Maryland 20876 |
| Federal Bar # 25923 | USDC, MD ID No.: #00405 |
| *Attorneys for Plaintiffs* | (301) 540-8180 |